IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:20-CR-111-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER GRANTING** |
| | ) **DEFENDANT'S MOTION TO** |
| v. | ) **SEAL** |
| | ) |
| | ) |
| SHELLEY PHILLIPS BANDY | ) |

This matter comes before the Court on the motion of Defendant Shelley Phillips Bandy to seal her sentencing memorandum and exhibits (DE 37). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 37 and its attachments shall remain under seal.

IT IS SO ORDERED.

This the 23 day of August, 2021.

JAMES C. DEVER III
United States District Judge