IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELLEY PHILLIPS BANDY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for extension of BOP reporting date [D.E. 61, 62] not later than January 5, 2022.

SO ORDERED. This _3_ day of January, 2022.

JAMES C. DEVER III
United States District Judge