UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:20-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELLY PHILLIPS BANDY | ) | |

This matter is before the court upon defendant's second motion to extend the date by which she must report to the United States Bureau of Prisons (BOP) to begin service of her sentence. DE 61. Defendant also filed a *pro se* memorandum in support of the motion. DE 64. The Government responded in opposition to both filings. DE 65. Having considered the filings and the positions of the parties, the defendant's motion is DENIED. The defendant shall surrender to the BOP as directed in this Court's order of October 18, 2021.

SO ORDERED, this ___5___ day of January, 2022.

JAMES C. DEVER, III
United States District Judge

1